F I L E D
Clerk
District Court
MAY 12 2022
for the Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

1:19-cv-00008                                               May 12, 2022
                                                            9:30 a.m.

**JOSHUA GRAY -vs- IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC et. al.,**

PRESENT: HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
         GRETCHEN SMITH, LAW CLERK
         HEIDI DOOGAN, COURT REPORTER
         FRANCINE ATALIG, COURTROOM DEPUTY
         BRUCE BERLINE, ATTORNEY FOR PLAINTIFF
         JOSHUA GRAY, PLAINTIFF
         STEPHEN NUTTING, ATTORNEY FOR DEFENDANT
         TAO XING, IPI REPRESENTATIVE

PROCEEDINGS: MOTION TO WITHDRAW AS COUNSEL

Court addressed Attorney Nutting's Motion to Withdraw as Counsel.

Attorney Nutting agued in support of the motion. IPI representative confirmed that IPI consented to Attorney Nutting's motion to withdraw. Attorney Berline noticed IPI that it intends to file a motion for default judgment to prove damages.

Mr. Xing apprised the Court that Mr. Howyo Chi is the registered agent and provided Attorney Berline Mr. Howyo Chi's email for purpose of any other service.

Court granted Attorney Nutting's Motion to Withdraw as Counsel, ECF NO. [149].

                                          Adjourned at 10:10 a.m.
                                          /s/ Francine Atalig, Courtroom Deputy