FILED
Clerk
District Court
JUN 07 2022
for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOSHUA GRAY, | CIVIL CASE NO. 1:19-cv-00008 |
| Plaintiff, | |
| v. | **ORDER VACATING ORDER TO SHOW CAUSE HEARING** |
| IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, | |
| Defendant. | |

On April 26, 2022, the Court ordered that Defendant Imperial Pacific International (CNMI), LLC ("IPI") pay Plaintiff Joshua Gray attorneys' fees and costs in the amount of $6,320 no later than 30 days from the date of issuance of the order as a sanction due to IPI's failure to comply with a previous sanction order. (Fee Award, ECF No. 162.) This due date was no later than May 26, 2022. On June 1, 2022, Plaintiff moved the Court for an Order to Show Cause against IPI given IPI's failure to pay the attorneys' fees and costs award. (Mot. for OSC, ECF No. 168.)

The Court issued its Order to Show Cause against IPI the following day, ordering IPI to show cause why the Court should not, to name a few, find IPI in contempt, impose per diem sanctions of $5,000 until compliance, notify IPI's officers of potential personal sanctions, and award Plaintiff attorneys' fees and costs. (OSC, ECF No. 171.) The Court set the matter for a hearing on June 10, 2022. (*Id.*) The next day, Plaintiff filed a status report, notifying the Court that IPI tendered the fee award, as well as additional fees for costs Plaintiff incurred as a result of having to file the motion for an OSC. (Status Report, ECF No. 172.)

Given that IPI has finally complied with the Court's fee award and has paid Plaintiff

additional compensatory fees for costs incurred for filing the motion for an OSC, the Court need not impose any per diem sanctions or personal coercive sanctions. *Richmark Corp. v. Timber Falling Consultants*, 959 F.2d 1468, 1481 (9th Cir. 1992) (noting that coercive civil contempt sanctions are intended to coerce compliance with the court's orders in the future). Accordingly, the Order to Show Cause hearing set for Friday, June 10, 2022 is hereby VACATED.

IT IS SO ORDERED this 7th day of June, 2022.

_____
RAMONA V. MANGLONA
Chief Judge