AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

**FILED**
Clerk
District Court
MAY 31 2023
for the Northern Mariana Islands
By _____ (Deputy Clerk)

| | |
|---|---|
| JOSHUA GRAY | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:19-CV-00008 |
| IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Default Judgment is hereby entered in favor of Plaintiff JOSHUA GRAY and against Defendant IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC. The Court awards GRAY the following compensatory damages: $121,545.55 in back pay, $300,000 in lost future earnings, and $1,000,000 in emotional distress damages. The total of compensatory damages amounts to $1,421,545.55. With a ratio of 3:1 of punitive damages to compensatory damages, the Court awards $4,264,636.65 in punitive damages. Therefore, the total amount of compensatory and punitive damages is $5,686,182.20 plus attorneys' fees and costs, prejudgment interest at the same rate as post-judgment interest, and post-judgment interest at the applicable federal rate.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Ramona V. Manglona on a motion for default judgment, ECF No. [177]. See Decision and Order Granting Default Judgment, ECF No. [225].

Date: 05/31/2023

CLERK OF COURT

*(signature)*
HEATHER L. KENNEDY