Bruce Berline
BERLINE & ASSOCIATES, LLC
Second Floor, Macaranas Building
PO Box 5682 CHRB
Saipan, MP 96950
Tel: (670) 233-3663
Fax: (670) 233-5262
Email: bruce@saipanlaw.com

Aaron Halegua
AARON HALEGUA, PLLC
524 Broadway, 11th Floor
New York, New York 10012
Tel: (646) 854-9061
Email: ah@aaronhalegua.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| JOSHUA GRAY,<br><br>             Plaintiff,<br><br>      v.<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>             Defendant. | Case No. 19-cv-0008 |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL FOR THE NORTHERN MARIANA ISLANDS and IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC:

    A judgment having been entered in the above case on May 31, 2023, in the sum of $5,686,182.20 plus pre-judgment interest, post-judgment interest, and attorneys' fees and costs (ECF

1

No. 226 (the "Judgment")), in favor of Plaintiff Joshua Gray, and against Defendant Imperial Pacific International (CNMI), LLC ("IPI"); and

Said sum having not been paid in full;

You are commanded to seize from IPI: all of IPI's Vehicles, IPI's Liquor, IPI's Dragons, IPI's Computer Hardware, IPI's Furniture and Equipment, and IPI's Casino-Related and Security Equipment, as those terms are defined in the Declaration of Aaron Halegua, dated July 2, 2023, as well as any other non-exempt personal property identified by Plaintiff; and make return of this writ, and the execution thereof, according to law in an amount not exceeding $5,686,182.20; and are commanded to deposit all monies seized from IPI into the Court's registry where said proceeds shall remain until after IPI has had an opportunity for an exemptions hearing. The Marshal is not required to levy upon all the property at the same time and may make successive levies under the same writ.

Plaintiff shall pay to the United States Marshal in advance the costs of such seizure, removal, storage and related costs, with such amounts to be recouped by the Plaintiff from the proceeds of a future sale.

If requested by the United States Marshal's Service, a representative from the Plaintiff shall be present to assist in the identification of property subject to seizure.

IN WITNESS WHEREOF, I, Heather Kennedy, Clerk of said Court, have set my hand, this the _____ day of July, 2023.

BY: _____

HEATHER KENNEDY
Clerk, United States District Court
for the Northern Mariana Islands