Bruce Berline, Esq.
Law Office of Bruce Berline LLC
Security Title Building
Isa Drive, Capitol Hill
P.O. Box 5682
Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262
Email: bberline@gmail.com

Aaron Halegua
AARON HALEGUA, PLLC
524 Broadway, 11th Floor
New York, New York 10012
Tel:  (646) 854-9061
Email: ah@aaronhalegua.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOSHUA GRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>    Defendant. | Case No. 19-cv-0008<br><br>**DECLARATION OF AARON HALEGUA IN SUPPORT OF AN ORDER TO SHOW CAUSE AGAINST IPI AND HOWYO CHI**<br><br>Hearing date: n/a<br>Hearing time: n/a<br>Judge:  Hon. Ramona V. Manglona |

I, AARON HALEGUA, hereby declare:

1.  I am over eighteen years of age and am fully competent to testify to the facts set forth in this declaration. I, along with Bruce Berline, represent Plaintiff in this action.[1]

---

[1] The defined terms herein have the same meeting as in the Memorandum of Law in Support of Plaintiff's Petition for an Order to Show Cause, unless otherwise noted.

1

2.   I am submitting this declaration in support of Plaintiff's Petition for an Order Show Cause against IPI and Howyo Chi which seeks to hold them in civil contempt for noncompliance with this Court's Order concerning the liquidation of IPI's Personal Property. (*See* ECF No. 275 ("Order")).

IPI failed to provide adequate security

3.   In October 2020, the *Saipan Tribune* reported that IPI's CEO stated that people were stealing items from the Casino and IPI's other warehouses every day. (*See* **Exhibit A**).[2]

4.   On January 30, 2023, the *Saipan Tribune* reported that two men broke into the Casino by jumping over the back fence in an attempt to steal copper wire and construction materials. Officers from the Department of Public Safety ("DPS") responded, but only located and arrested one of the two thieves. IPI stated that copper wire and construction materials had already been stolen during that past week but that IPI's security did not see the thieves during those prior incidents. (*See* **Exhibit B**).[3]

5.   On February 13, 2023, this Court and the attorneys for IPI's judgment creditors, including myself, visited the IPI casino and villas in Garapan (the "Casino"). The visit made clear that the Casino had numerous entrances and exits. Despite the prior robberies, the Casino still had no electricity and no operable security cameras or equipment.

6.   On September 7, 2023, the *Saipan Tribune* reported that two men stole property from IPI's warehouse in Chalan Piao. The thieves were only caught because a private citizen saw the thieves and called the police. (*See* **Exhibit C**).[4]

---

[2] The story is also available at: https://www.saipantribune.com/featured/construction-items-stolen-from-ipi-everyday/article_cf887a08-26a6-5cc0-a064-e3371ce26c8c.html.

[3] The story is also available at: https://www.saipantribune.com/featured/2-allegedly-break-into-casino-in-robbery-try/article_ba9d15fd-fc27-5ef6-a44f-4df1f9858500.html.

[4] The story is also available at: https://www.saipantribune.com/news/local/two-arrested-for-theft/article_3b65aa5c-4ca3-11ee-b367-17e8ed821563.html.

7.  Because it was well-known that IPI's security at the Casino and warehouses was inadequate, and the risk of theft was high, Plaintiff requested and the Court mandated that IPI take measures to ensure the security of IPI's Personal Property that was the subject of a writ of execution issued by the Court and that IPI report to the Court on these measures. (Order ¶ 16).

<u>IPI violated the Order to provide adequate security</u>

8.  I never received any communication from IPI about any measures that it was taking to comply with the Order to ensure the security of IPI's Personal Property, let alone a sworn declaration attesting to the adequacy of those measures.

9.  In late November 2023, I was informed by Clear Management that after it had performed a full inventory of IPI's Liquor, which was held inside the Casino, two boxed bottles of McCallan No. 6 (an expensive whiskey) were stolen. The theft was reported to IPI and to the police. Clear was therefore forced to remove these items from the auction of IPI's Liquor.

10. Although IPI was responsible for ensuring the security of IPI's Personal Property at the Casino, Clear Management moved IPI's Liquor into two storage rooms, each with only a single entrance, and put a padlock on those doors.

11. In late February, 2024, I was informed by Clear Management that 12 bottles of 50-year old Moutai and 5 bottles of 30-year old Moutai—an expensive Chinese liquor—were stolen from the locked storage rooms at the Casino. The theft was reported to IPI and to the police.

12. I personally visited the Casino in March 2024 and viewed the rooms holding the liquor. It was clear that someone could enter the storage room on the right (when facing both doors) without removing the lock by simply loosening a few screws and taking off the entire door hinge.

1

Value of the Stolen Liquor

2

3

13. A bottle of the Macallan No. 6 (700 ml) stolen from the Casino is available for purchase

4

online (in the United States) as of April 7, 2024 for $4,499.99 on the website frootbat.com and for

5

$6,699.99 on caskcartel.com. Screenshots of these websites are attached as **Exhibit D**.[5]

6

14. The winner of the liquor auction, Leader Capital, after discovering that the 17 bottles of

7

Moutai were missing, stated that the "total market price" for these items is "over US$100,000," and

8

requested that the company receive a credit in this amount to be applied in the vehicle auction. A

9

copy of the email from Vicky Chan is attached as **Exhibit E**.

10

IPI has engaged in a pattern of obstruction and disobedience

11

12

15. Even since before the Court issued the Order, IPI has consistently engaged in a pattern of

13

disobedience and obstruction. A few examples are provided below.

14

16. Prior to Clear Management being appointed to liquidate IPI's assets, IPI not only opposed

15

the appointment of Clear Management (ECF No. 263), but IPI's affiliate, Century Estate, tried to

16

intervene and stop the receivership by claiming IPI owed it millions of dollars. (ECF No. 261, 264).

17

Century Estate's motion was based on a sworn declaration filed by Howyo Chi (ECF No. 261-3),

18

which made numerous false accusations against Clear Management (*see* ECF No. 267-2).

19

17. In terms of security, IPI never took adequate measures to ensure the security of IPI's

20

Personal Property, either in the Casino or at other locations. IPI also never filed the required sworn

21

22

declaration and supporting evidence to show that it had taken adequate measures.

23

18. On or around November 8, 2024, IPI had a team of workers using a blow torch to dismantle

24

the metallic egg/sphere structure in the Casino lobby. No notice was provided to Plaintiff or Clear

25

26

---

27

[5] The web address for these products are here: https://www.frootbat.com/product/467489/The-Macallan-Decanter-Series-No-6-in-Lalique-Single-Malt-Whisky-700ml-Decanter/United-States

28

and https://caskcartel.com/products/macallan-no-6-decanter-speyside-single-malt-scotch-whisky-700ml.

Management. The writ of execution encompassed all of IPI's "furniture and equipment," explicitly including any "art." (ECF No. 231-3 ¶ 10). Nonetheless, when Mr. Chi was confronted about this incident, he claimed that he did not know the egg was subject to the writ and he stated that it was being dismantled because it brought "negative feng shui to IPI." A copy of this email exchange is attached as **Exhibit F**.

19. In the related matter before this Court, *U.S.A. Fanter v. IPI*, No. 21-cv-0035, the Court issued an order on January 22, 2024 requiring IPI to tender to Clear Management the keys to each vehicle on the inventory list filed by Clear Management. (*Fanter*, ECF No. 49). IPI refused to fully comply with this mandate for months. On March 4, 2024, while I was in Saipan, I personally observed an IPI employee driving one of the listed vehicles (a Toyota Yaris, license plate number ACS 976) right in front of myself, Chris Craney from Clear Management, and Howyo Chi. Mr. Chi had insisted for weeks that IPI could not provide the keys to the Yaris because a former IPI employee was using the car and IPI could not get the key. Shortly after I witnessed the Yaris being driven, IPI tendered the key to that vehicle.

20. During the liquor auction, IPI's affiliate, Century Estate, submitted the largest bid for the entire liquor collection. After being notified that it won the auction, Century Estate refused to pay the amount of its bid.

<u>Communication with IPI about its noncompliance</u>

21. After visiting the IPI Casino and at least one warehouse on March 4, 2024, it became obvious to me that IPI's security was inadequate to ensure the safety of the remaining personal property subject to Plaintiff's writ of execution.

22. On March 7, 2024, along with counsel for U.S.A. Fanter and Clear Management, I sent a letter to IPI's counsel noting its pattern of noncompliance with the Court's orders establishing limited receiverships and our intention to hold IPI in contempt if it did not come into compliance,

including by taking measures to ensure security of the personal property and making the required filings with the Court by March 11, 2024. A copy of the letter is attached as **Exhibit G**.

23. On March 12, 2024, IPI filed a declaration related to the IPI Vehicles as well as a single, seven-paragraph declaration by Natividad Cabrera, with no supporting evidence, regarding security at the Casino. (ECF No. 289 ("Cabrera Decl.")). That same day, I emailed IPI to request that the details about IPI's security arrangement and its adequacy be sent to me by the close of business that day. On week later, on March 19, 2024, and only after my prompting, IPI provided vague responses to some of the questions that I had raised. The same day, I requested that IPI provide actual details about the meaning of "full time," the actual schedule for the security guards, IPI's budget for security at the Casino, and other relevant information. The same day, Michael Chen, IPI's counsel, responded that he would "get back to [me] as soon as possible." I have not received any correspondence since then. **Exhibit H** is a copy of the email exchange between myself and IPI's counsel from March 7 to March 19, 2024.

<u>Howyo Chi's role at IPI</u>

24. Howyo Chi is the executive director for IPI, and I believe he is in control of IPI's compliance with the Order and the security arrangements for the Casino and its warehouses.

25. On October 9, 2023, Mr. Chi executed a sworn declaration in this case testifying that Century Estate had paid various IPI expenses in excess of $11 million. (*See* ECF No. 270-2).

26. After I sent a November 7, 2023 email to IPI about the egg/sphere being taken apart at the Casino, I received a response from Howyo Chi stating that "I initially thought that the egg was not included…," and that "I have directed our team to halt their work…". (*See* **Exhibit F**).

27. After Century Estate, in a November 30, 2023 letter to Michael White, expressed its intention to submit a "credit bid" in the upcoming liquor auction, it was Mr. Chi who followed up

with Michael White via a December 4, 2023 email for an "update on this matter." A copy of this email is attached as **Exhibit I**.

28. **Exhibit J** is a copy of the story "IPI, Yeom agree on $49M settlement, but Palacios said to have rejected it" that was published in the *Saipan Tribune* on March 4, 2024, which reports that Mr. Chi informed the newspaper about the settlement negotiations between IPI and the CCC and between IPI and Governor Palacios.[6]

29. On March 6, 2024, the *Saipan Tribune* reported that when the Department of Public Lands issued a default notice to IPI for the Casino property, Mr. Chi informed the newspaper that a meeting between the parties had been scheduled. A copy of the story is attached as **Exhibit K**.[7]

30. **Exhibit L** is a copy of the story "IPI has no president, CEO, CFO," published in the *Marianas Variety* on March 8, 2024, in which Mr. Chi told the newspaper that IPI no longer has a president, CEO or CFO, but that the Department of Public Lands could address its notices regarding IPI's violation of its land lease agreement for the Casino to him.[8]

I declare under penalty of perjury that the foregoing is true and correct. Executed in Cambridge, Massachusetts on the 7th day of April, 2024.


___/s/_____
AARON HALEGUA

Attorney for Plaintiff

---

[6] The story is also available here: https://www.saipantribune.com/news/local/ipi-yeom-agree-on-49m-settlement-but-palacios-said-to-have-rejected-it/article_c091b0d2-d933-11ee-a15c-c3c5a7dcddb4.html.

[7] The story is also available here: https://www.saipantribune.com/news/local/dpl-issues-notices-of-default-violations-against-ipi/article_b986efbc-dab6-11ee-8983-b7b6f54d81c8.html.

[8] The story is also available here: https://www.mvariety.com/news/local/ipi-has-no-president-ceo-cfo/article_9fb94660-dc5b-11ee-bb76-130bba4f21ae.html.

Exhibit A

https://www.saipantribune.com/index.php/construction-items-stolen-from-ipi-everyday/

# 'Construction items stolen from IPI everyday'

By Ferdie De La Torre | Reporter
Oct 28, 2020

With construction progress at the Imperial Pacific Resort in Garapan now at a "moderate pace" due to a labor shortage, construction items from the project site and IPI warehouses are allegedly being stolen every single day.

Separately, speaking at the Commonwealth Casino Commission's monthly meeting at its office at the Springs Plaza in Gualo Rai last week, commissioner Ramon M. Dela Cruz questioned why Imperial Pacific International (CNMI) LLC is not collecting the huge amounts of collectibles from some of its customers.

"If IPI collects those money, we wouldn't be in this situation right now," Dela Cruz said.

IPI has so far failed to pay the $15.5 million casino license fee and $3 million regulatory fee this year.

Dela Cruz said this is the first time he has seen a casino that actually provides credit in large amounts of money and then doesn't collect on those money owed. "It's unheard of in the casino industry," he said.

Dela Cruz said he is raising that issue every time they have a meeting because it's very critical. He said if IPI does collect that money and they're not reporting it, that's another serious issue of tax evasion.

"I have personal experience in a casino that has receivables and they will collect [and] they're getting paid in China and not remitting it to the CNMI," Dela Cruz said.

At the same CCC meeting, IPI resident project director Jing Zhou said that COVID-19 continues to negatively impact the construction progress of the resort due to their inability to schedule manufacturing technicians and project engineers of records to Saipan.

At the same meeting, IPI CEO Donald Browne said everyday people are stealing items, construction equipment, and tools from the resort project site and from their many warehouses.

"We just don't have the resources to be fully staffed 24 hours," Browne said.

The CEO said the material that goes missing prohibits them from completing a certain aspect of the project. "That budget for one piece of material could literally put you back 15 days," he added.

Zhou also disclosed to the board that, excluding 15 of the management staff, they have a total of 304 workers for the construction project.

Zhou said there are 234 H2-B workers and 70 from the local manpower, AM Group. The H2-B workers are composed of 87 Taiwanese, three Thais, 113 Mongolians, and 30 Turkish.

Exhibit B

https://www.saipantribune.com/index.php/2-allegedly-break-into-casino-in-robbery-try/

# 2 allegedly break into casino in robbery try

By Contributing Author
Jan 30, 2023

The Department of Public Safety dispatched a team of police officers to the Imperial Pacific International (CNMI) resort casino in Garapan last Friday following a report made by IPI's security team of two men breaking into the building in an attempt to steal copper wires and construction materials.

DPS officers were all over the IPI casino resort last Friday in search of two men who were allegedly seen by security entering the building in search of copper wires and construction materials.

According to Patrick Arriola, acting DPS public information officer, armed police officers were dispatched to the scene. However, as of press time, Arriola said he could not release any further information.

At around 1:30pm Friday, police who responded to the burglary managed to capture and detain one of the two men.

Meanwhile, in an interview with IPI representatives, it was learned that the two men were seen entering the building by IPI security guards at around 9am.

They were allegedly trying to steal copper wires and reusable construction materials from the casino that has been stagnant for years. It was not immediately learned what made them suspect that the two were wire copper thieves, but an IPI representative had said that copper wires and construction materials have been stolen from the resort casino this past week. It was only last Friday that security guards witnessed the break in.

It was learned that the two individuals jumped the back fence of the casino.

Meanwhile, the man who was arrested last Friday is expected to appear before the Superior Court for a bail hearing and initial appearance hearing today.

This is a developing story. *(Kimberly B. Esmores)*

Exhibit C

https://www.saipantribune.com/news/local/two-arrested-for-theft/article_3b65aa5c-4ca3-11ee-b367-17e8ed821563.html

# Two arrested for theft

By KIMBERLY B. ESMORES
kimberly_esmores@saipantribune.com
REPORTER
Sep 7, 2023



The Department of Public Safety arrested last week two men involved in a reported theft at a warehouse behind Blue Sky MarketLast Thursday, DPS officers arrested Mark Halstead and Jose Ngeskebei for allegedly stealing from an Imperial Pacific International (IPI) warehouse behind Blue Sky Market in Chalan Piao.

Both men are facing charges of burglary and theft.

The two men went before Superior Court Associate Judge Wesley Bogdan Tuesday for a bail hearing. The judge imposed a $5,000 cash bail for Halstead and a $1,000 cash bail for Ngeskebei.

Bogdan ordered the two men to return to court on Sept. 13, for a preliminary hearing while their arraignments were set for Sept. 25.

According to court documents, On Aug. 31 at around 9:24am, police received a call reporting a theft in progress at the IPI warehouse behind Blue Sky Market.

The caller told police that he was feeding his dog outside the warehouse when he noticed the metal sheet on the warehouse door was dented outwards.

While he was trying to fix the sheet of metal, he said he heard people moving inside the warehouse so he peeked inside and noticed that there were two men inside.

After seeing the two men, the caller said he went into the jungle just behind the warehouse as he knew there was a path leading out from the warehouse through the jungle.

He stated he noticed a red pickup truck parked nearby with items from the warehouse in the bed of the truck.

He called for police assistance before following the red pickup truck to a residence in Chalan Kanoa.

The residence was later determined to be Halstead's residence.

Police went to Halstead's residence and spoke to the defendant who initially claimed he had just gotten home and when he did, Ngeskebei was already there with chairs and other items.

He allegedly later admitted that he was inside the warehouse with Ngeskebei who had woken him up earlier that day to load some stuff into his truck so he could sell them.

**Kimberly Esmores**

Exhibit D

 FROOTBAT

mccallan no. 6

Whiskey    Tequila    Other Liquors    Wine

Help    Blog    Login

Home / Single Malt Scotch Whisky / The Macallan



✓ IN STOCK

# THE MACALLAN

Decanter Series No. 6 in Lalique Single Malt Whisky 700ml

★★★★★  3 reviews

**Choose a bottle size**

700ML DECANTER    750ML DECANTER

~~$4,999.99~~

**$4,499.99**

Quantity:
−  1  +

**Add to cart**

The Macallan whisky maker with laliques exquisite craftsmanship to
create a stunning whisky encased in the finest and most stylish,
crystal decanter. This rich complex single malt takes it is unique
natural colour and character from the fist fill Spanish sherry
seasoned oak casks handcrafted by the master craftman of Jarez
de
la Frontera's the home of sherry.

🚚 Fast Shipping

🛡 Buyer Protection

🔒 Secure Payment

✓ Authenticity Guarantee

| | | | |
|---|---|---|---|
| Beverage type: | Single Malt Scotch Whisky | Product Origin: | Scotland |
| Alcohol Level: | 43% | | |
| Bottle size: | 700ml decanter Single | | |

Tastes like:

Get 10% Off  ✕

Brand    Collection    Reviews    Tasting Notes    Latest Blog Posts    How we pack    Product Suggestions

(/)

NEW ARRIVALS  ˅ (/COLLECTIONS/NEW-ARRIVALS)     WINE  ˅ (HTTPS://CASKCARTEL.COM/PAGES/WELCOME-TO-CASK-CARTELS-FINE-RARE-2023-WINE-CELLAR)

SPIRITS  ˅ (/COLLECTIONS/CASK-CARTEL)     WHISKEY  ˅ (/COLLECTIONS/WHISKEY)     TEQUILA  ˅ (/COLLECTIONS/TEQUILA)     RUM  ˅ (/COLLECTIONS/RUM)

VODKA  ˅ (/COLLECTIONS/VODKA)     GIN  ˅ (/COLLECTIONS/GIN)

ADVENT  ˅ (HTTPS://CASKCARTEL.COM/COLLECTIONS/WHISKEY-ADVENT-CALENDAR-2023-BOURBON-ADVENT-CALENDAR-2023-WHISKY-ADVENT-CALENDAR-2023)

GIFT GUIDE  ˅ (/PAGES/THE-CASK-CARTELS-FINE-RARE-WINE-CELLAR-OVER-35000)     CORPORATE GIFTING  ˅ (/PAGES/CORPORATE-GIFTING)

RECENTLY VIEWED  ˃

# Macallan No.6 Decanter Speyside Single Malt Scotch Whisky | 700ML



(//caskcartel.com/cdn/shop/products/macob.non63_6d22d4e7-85f4-4fa8-8607-5a092d6d288e_1400x.jpg?v=1611513065)

*This image represents the intended product however, bottle designs, artwork, packaging and current batch release or proof may be updated from the producer without notice.



## Whiskey: Macallan No.6 Decanter Speyside Single Malt Scotch | 700ML

This is a beautiful piece of whisky.

**Order from the Largest & Most Trusted Premium Spirits Marketplace!**

**Featured in:**

- ROLLING STONE
- MEN'S JOURNAL
- US WEEKLY

**ALL ORDERS PLACED ARE GUARANTEED and WILL NOT** be cancelled like with other retailers. Many other small liquor store sites will end up cancelling your order due to the high demand and unavailability.

**Size:** 700ML

**Proof:** 86 (43% ABV)

**Origin:** Scotland

**Distillery:** Macallan Distillery

🎁  Complimentary Gift Messaging

| 1 | | $6,699.99 | | Add to Cart |



(/products/everclear-151-750ml-proof-grain-alcohol)

### Detailed Description

Macallan No.6 is comprised of whiskies aged in first-fill sherry casks. Presented in a six-faceted Lalique decanter, this is rich and sumptuous, with notes of fruit cake and orange.


RATED: **EXCELLENT**

**Macallan No.6 Decanter Speyside Single Malt Scotch Whisky | 700ML Tasting Notes**

**Nose:** Aroma is very pleasant.

**Palate:** The palate is an explosion of flavors and the finish is nice.

**Finish:** This is a very light and refreshing malt.

**Distillery Information**

Macallan was one of the first distillers in Scotland to be legally licensed. Since then we have built a reputation as one of the world's leading single malt whiskies. The creation of The Macallan draws on the vital contributing influences of Spain, North America and Scotland - and of their respective natural raw materials, combined with traditional methods and craftsmanship.

**Its All About YOU!**



# BUY WHISKEY ONLINE OR SEND AS A GIFT | WHISKEY CORPORATE GIFTS | CASKCARTEL.COM (/COLLECTIONS/CASK-CARTEL)

SALE



(/collections/cask-

**YELLOWSTONE SELECT BOURBON (/COLLECTIONS/CASK-CARTEL/PRODUCTS/YELLOWSTONE-KENTUCKY-BOURBON)**
$54.99

**ANGEL'S ENVY KENTUCKY STRAIGHT BOURBON WHISKEY (/COLLECTIONS/CASK-CARTEL/PRODUCTS/ANGELS-ENVY-KENTUCKY-STRAIGHT-BOURBON)**

**WOODFORD RESERVE DOUBLE OAKED BOURBON WHISKEY (/COLLECTIONS/CASK-CARTEL/PRODUCTS/WOODFORD-RESERVE-DOUBLE-OAKED-BOURBON)**

**HORSE SOLDIER STRAIGHT BOURBON WHISKEY (/COLLECTIONS/CASK-CARTEL/PRODUCTS/HORSE-SOLDIER-STRAIGHT-BOURBON-WHISKEY)**

LARGEST SPIRITS MARKETPLACE ❯
(/collections/cask-cartel)


GOOGLE 4.5 STAR VERIFIED REVIEWS ❯
(/pages/reviews)

AWARD WINNING SUPPORT TEAM ❯
(/pages/contact)

CERTIFIED AUTHENTIC PREMIUM SPIRITS ❯
(/collections/featured)

---



**MENU**

View Shop (/collections/cask-cartel)
Search Products (/search)
Gift Cards (/products/caskcartel-com-gift-cards)
Corporate Gifting (/pages/corporate-gifting)
Partnerships (/pages/partners)
Vault Access (/pages/vault)
Contact (/pages/contact)

**...**

Reviews (/pages/reviews)
Privacy Policy (/pages/privacy-policy)
Cancellations & Returns (/pages/cancelation-return-policy-agreement)
Terms of Service (/pages/terms-and-conditions)
Legal Agreement (/pages/legal-agreement)
Media Kit (/pages/media)

**CUSTOMER SERVICE**

(888) 548-0333 (tel:+18885480333)
help@caskcartel.com (mailto:help@caskcartel.com)



(https://www.facebook


© 2024 CaskCartel.com (/) | All orders and sales are processed and fulfilled through local licensed retailers. | California Residents: Proposition 65 WARNING. (https://caskcartel.com/pages/california-prop.



Exhibit E

 **Chan Ni**
to me ▾

Mar 4, 2024, 4:19 PM    ☆    ↩    ⋮

Chris,

We are dismayed to learn that yet more bottles of valuable liquor were missing AGAIN.

After learning that we had won the bid, we were told that **2 bottles of "The Macallan No. 6 Highland Single Malt Whiskey"** were stolen.

Now we further learned that the more valuable **30-year (5 bottles) and 50-year (12 bottles) Moutai** were missing. Of all the liquors in the auction, these are two of our favorites. The total market price of these 17 bottles is over US$100,000.  I can't tell you how disappointed we are.

As for compensation,

    (1) the only liquor we are interested in getting from your remaining inventory list would be:

| TYPE | BRAND | DESCRIPTION | QTY |
|---|---|---|---|
| Suntory Whisky | Hibiki | 12 yrs 700ml | 2 |
| Suntory Whisky | Hibiki | 21 yrs 700ml | 1 |
| Whisky | Yamazaki | Single Malt 18yr 700ml | 1 |

However, their market value is much lower than our losses of **Moutai** and **Macallan No. 6**.

(2)We understand that IPI's vehicles (luxury vans,limousines, heavy plant trucks) and F&B equipment will be opened for bidding. We urge you to provide us with details of them so that we can consider taking some for free to cover our losses.

Since one of our friends will be travelling to Saipan, it is best to send us the details before March 6 so that we can arrange for her to assist with the inspection on March 7 or 8.

Exhibit F

 Gmail                                         Aaron Halegua <aaron.halegua@gmail.com>

---

## Re: URGENT: Removal of egg/sphere from IPI in violation of Court order

---

**Howyo Chi** <howyodoing@gmail.com>                          Tue, Nov 7, 2023 at 8:17 PM
To: Aaron Halegua <ah@aaronhalegua.com>
Cc: MICHAEL CHEN <michael@michaelchenlaw.com>, "Stephen J. Nutting (stephen_nutting@yahoo.com)"
<stephen_nutting@yahoo.com>, Tao Xing <tao_xing@yahoo.com>, bruce berline <bberline@gmail.com>, "
<mwhite@saipan.com>" <mwhite@saipan.com>, Tim Shepherd <tim@clearmanagementgroup.com>, Martin Wright
<martin@clearmanagementgroup.com>, Vincent Seman <vjseman@semanlaw.com>

> Hafa Adai Mr. Halegua,
> Thank you for the email.
> I initially thought that the egg was not included in the part of the writ. To clarify, our objective was to disassemble the
> egg and remove it because it is thought to bring negative feng shui to IPI. After receiving your email, I have directed
> our team to halt their work on it until we receive additional clarification regarding this issue.
>
>
> Regards,
> Chi
>
>
>
> On Wed, Nov 8, 2023 at 10:49 AM Aaron Halegua <ah@aaronhalegua.com> wrote:
>> Dear IPI:
>>
>> It has been observed that the egg/sphere in the casino is being taken apart and removed from the casino. (See
>> attached photo.) This item is subject to the writ of execution issued in favor of Plaintiff Gray and the order appointing
>> Clear Management as the limited receiver to liquidate that item. This appears to be a clear violation of those court
>> orders, and no notice was provided about what IPI is doing or on what authority it is doing so. **Please provide an
>> explanation within the next hour. If we do not receive a response by <u>November 8, 2023 at 12:00pm
>> (ChST)</u>, we will be asking the Court to hold all IPI officers, directors, employees, and any others involved in
>> violating this order in contempt of court.**
>>
>> Sincerely,
>> Aaron Halegua
>>
>> --
>> Aaron Halegua
>> Aaron Halegua, PLLC
>> 524 Broadway, 11th Floor
>> New York, NY 10012
>> T: (646) 854-9061
>> E: ah@aaronhalegua.com
>> W: www.aaronhalegua.com

Exhibit G

# AARON HALEGUA, PLLC

524 Broadway, 11th Floor
New York, NY 10012
T: (646) 854-9061 ♦ E: ah@aaronhalegua.com

March 7, 2024

Stephen Nutting
E: stephen_nutting@yahoo.com

Michael Chen
E: michael@michaelchenlaw.com

*Via electronic mail*

RE: IPI's Failure to Comply with Receivership Orders

Dear Mr. Nutting and Mr. Chen,

We represent Clear Management, Joshua Gray, and U.S.A. Fanter (the "parties"). As you are aware, Clear Management has been appointed as the Limited Receiver to liquidate certain personal property belonging to IPI (the "Personal Property") pursuant to an Orders of the U.S. District Court for the Northern Mariana Islands (the "Court") in *Gray v. IPI*, No. 19-cv-0008 (ECF No. 275) ("Gray Order") and *U.S.A. Fanter v. IPI*, No. 21-cv-0035 (ECF No. 49) ("Fanter Order") (together, the "Orders").

## General Noncompliance

Clear Management, Gray, and U.S.A. Fanter express their disappointment and concern about the numerous documented violations of the Orders by IPI over the past several months. These acts demonstrate a clear lack of respect for the Orders and authority of the Court, as well as a commitment to undermining and obstructing the liquidation process. As one example, despite a clear direction by the Court that IPI not interfere with the property subject to the Gray Order (Gray Order ¶ 17), IPI was found to be using an electric drill to remove parts of one of the art pieces in the casino. When confronted about it, IPI claimed that it did not like the "feng shui" of the object. In another instance, during the auction of the liquor, IPI's affiliate made a large bid on the entire liquor collection, but then after it was announced as the winner, refused to pay the amount it had bid. Further, long after IPI was required to turn over the keys to its vehicles pursuant to the Fanter Order, and despite Clear Management's multiple written requests for the keys, IPI continued to permit its employees and agents to drive a Cadillac Escalade and Toyota Yaris around the island up until this week.

## Security

The Orders make clear that IPI is responsible for ensuring the security of the Personal Property until it is transferred to the auction winner. Given the known challenges in securing the

1

inventory, the Orders put specific obligations on IPI to ensure that it took this responsibility seriously. In particular, the Gray Order provides:

> IPI shall ensure and fund the security of IPI's Personal Property until it is sold by the Limited Receiver and delivered to the buyer. Within fourteen (14) days of the filing of the inventory list by the Receiver, IPI shall file with the Court a sworn declaration and supporting evidence demonstrating its compliance with this provision. (Gray Order ¶ 16).

The Receiver filed its inventory list on November 10, 2023. IPI never complied with the Gray Order by filing a sworn declaration and supporting evidence to demonstrate that IPI is ensuring the security of the relevant Personal Property. Indeed, IPI's failure to provide adequate security at the casino has already resulted in significant financial loss to the parties. Between the filing of the initial inventory and the auction, several expensive bottles of McCallan whiskey were stolen from the casino. Yet, despite this demonstration that IPI's security was inadequate, IPI apparently took no measures to improve security at the casino—resulting in the theft of more liquor. In or around February 2024, after the liquor had been sold, 17 bottles of Moutai liquor was stolen from a room in the casino with a master lock on the door. (A police report was filed on or around February 28, 2024 (# 24-001301)). Hence, IPI's failure to provide sufficient security has resulted in a financial loss to the parties. Therefore, the parties fully intend to hold IPI financially responsible for the losses that have been incurred due to its violation of the Orders. However, the parties also demand that IPI comply with the Orders by taking adequate measures to secure the remaining Personal Property and avoid further theft or damage.

Accordingly, the parties demand that IPI develop and execute a security arrangement that adequately secures the Personal Property at the casino site and wherever else it is being held. For instance, several vehicles are currently located at an IPI property on Middle Road and at an IPI villa. It has already been demonstrated that the current barebones security arrangement at the casino—which often has just two or even one single security guard on duty at a time—is inadequate to protect the Personal Property in the casino. Furthermore, IPI cannot argue that it lacks the funds to hire additional security in light of its revelation to this Court that it recently received a $20 million cash infusion. (*See IPI v. CNMI*, No. 24-cv-0001, ECF No. 3-17 (Feb. 26, 2024) (bank records of transfer to Ji Xiaobo)).

Thus, IPI shall immediately increase the security presence at the casino and other sites holding the Personal Property to make sure that IPI is in compliance with the Orders, and IPI should submit a sworn statement to the Court describing the new security arrangement and demonstrating its adequacy by <u>Monday, March 11, 2024 at 10 a.m. ChST</u>. If IPI fails to do so, the parties will consider moving to hold IPI and its principals in contempt.

<u>Vehicles</u>

Pursuant to the Fanter Order, on January 22, 2024, Clear Management submitted an inventory list that identified 122 vehicles. (ECF No. 51). IPI was required to file any objection to the sale of any item on that list within seven days, and by not doing so, IPI has waived any objection to Clear Management selling any item on that list. (Fanter Order ¶ B(1)). IPI was also required to tender the keys to each vehicle on that list as well as the title to each vehicle. As you are aware, despite numerous requests, IPI has provided keys and titles to only a portion of the listed vehicles.

We understand that you have communicated a variety of explanations as to why IPI is unable to provide the keys or title for many of these vehicles—despite the time for raising such objections having long expired. By our count, IPI has provided keys to 65 vehicles, and title to 26 vehicles—including at least three that IPI claims belong to MCC. This suggests a failure to comply with the Court's Order to provide keys and title for each vehicle listed in the inventory.

In order to move forward on this issue, however, and to hopefully avoid the need to file a motion seeking to hold IPI in contempt, the parties need a reasonable explanation made under oath as to why IPI has not produced at least the keys for the outstanding vehicles. Accordingly, the parties request that IPI provide a sworn declaration by someone with personal knowledge specifically describing why IPI has not tendered the keys to the remaining vehicles, including where keys were normally stored, where and why they were moved, and what steps IPI took to find or recover the keys. For each key that has been provided, IPI must also state whether it is maintaining a duplicate key for that vehicle. In order to facilitate this process, Clear Management is attaching as **Appendix A** a list of the vehicles for which keys have been provided (and IPI can fill in whether or not it maintains a duplicate), and as **Appendix B** a list of the vehicles for which a key has not been provided (and IPI can specifically describe why it has not produced the key). The sworn declaration should provide general information about the lack of keys and titles, and also specifically swear to the information entered into the lists. This declaration shall be provided to the parties no later than <u>Monday, March 11, 2024 at 10:00 a.m. ChST</u>.

If you have any questions concerning the above, please contact Aaron Halegua at the email or phone number at the top of this letter.

Sincerely,

*/s/ Aaron Halegua*
Aaron Halegua

*/s/ Bruce Berline*
Bruce Berline

*/s/ Colin Thompson*
Colin Thompson

*/s/ Michael White*
Michael White

**Appendix A**

**LIST OF KEYS**
**(March 6, 2024)**

|  | YEAR | MAKE | MODEL | COLOR | LICENSE | TITLE | KEYS | DUPLICATE KEY? (Y/N) |
|---|---|---|---|---|---|---|---|---|
| 1 | 2016 | Mazda | Mazda 6 | Black | ACS 868 |  | YES |  |
| 4 | 2015 | Toyota | Yaris | White | ACU 620 | YES | YES |  |
| 5 | 2015 | Toyota | Yaris | White | AET 151 | YES | YES |  |
| 7 | 2015 | Toyota | Yaris | Silver | ACU 630 |  | YES |  |
| 10 | 2015 | Toyota | Tundra | Dark Blue | ACM 919 |  | YES |  |
| 11 | 2016 | Mazda | Mazda CX-5 | Gray | ACS 828 | YES | YES |  |
| 19 | 2014 | Sinotruk | Howo Tractor Trailer A7 | Black | HE 3495 | YES | YES |  |
| 22 | 2013 | Zoom | Crane Truck | Gray | HE 3520 |  | YES |  |
| 23 | 2013 | Zoom | Crane Truck | Gray | HE 3519 |  | YES |  |
| 24 | 2014 | Toyota | FJ Cruiser | White | ACR 980 | YES | YES |  |
| 25 | 2016 | Hyundai | Tucson 13 | Silver | ACT 294 |  | YES |  |
| 27 | 2015 | Ford | F - Transit Xl 15 Passenger 3 | Red | BUS 1541 |  | YES |  |
| 28 | 2015 | Ford | F-E-450 Xl Starcraft 24 Passenger 5 | White | BUS 1500 |  | YES |  |
| 29 | 2017 | Ford | Starcraft Mvp 24 Passenger 6 | White | BUS 1476 |  | YES |  |
| 30 | 2016 | Ford | Starcraft Mvp 24 Passenger 7 | White | BUS 1477 |  | YES |  |
| 31 | 2017 | Ford | Starcraft Mvp 24 Passenger 8 | White | BUS 1478 |  | YES |  |
| 32 | 2017 | Ford | Starcraft Mvp 24 Passenger 9 | White | BUS 1479 |  | YES |  |
| 33 | 2015 | Ford | F-550 Xl Starcraft 33 Passenger 10 | White | BUS 1569 |  | YES |  |

| 36 | 2015 | Lexus | RX 450 | White | AFE 732 | YES | YES | |
|----|------|-------|--------|-------|---------|-----|-----|---|
| 37 | 2016 | Lexus | RX 350 | Gray | KUNL 003 | | YES | |
| 38 | 2015 | Nissan | Frontier | Charcoal Gray | AEX 102 | | YES | |
| 40 | 2015 | Toyota | Rav4 | White | KUNL 001 | YES | YES | |
| 41 | 2015 | Mazda | Mazda 3 | White | AEO 651 | | YES | |
| 46 | 2015 | Toyota | Rav4 | Orange | KUNL 002 | YES | YES | |
| 47 | 2014 | Toyota | FJ Cruiser | Pink | Pace | | YES | |
| 48 | 2015 | Toyota | Yaris | Gray | ACU 610 | YES | YES | |
| 49 | 2014 | Toyota | Yaris | Blue | ACS 976 | YES | YES | |
| 51 | 2017 | Kia | Sedona Ex-L | Brown | BEST 13 | | YES | |
| 52 | 2017 | Rolls-Royce | Ghost Extended 劳斯 1 | White | BEST 88 | YES | YES | |
| 53 | 2017 | Rolls-Royce | Ghost Extended 劳斯 2 | White | BEST 888 | YES | YES | |
| 54 | 2016 | Cadillac | Escalade 凯迪拉客 2 | Black | BEST 01 | | YES | |
| 55 | 2016 | Cadillac | Escalade 凯迪拉客 3 | Black | BEST 02 | | YES | |
| 56 | 2016 | Cadillac | Escalade 凯迪拉客 5 | Black | BEST 09 | | YES | |
| 57 | 2016 | Cadillac | Escalade 凯迪拉客 6 | Black | BEST 08 | | YES | |
| 58 | 2016 | Kia | Sedona EX 奇亚7人 | Brown | BEST 12 | | YES | |
| 59 | 2017 | Cadillac | Escalade 凯迪拉客 7 | Black | BEST 25 | | YES | |
| 60 | 2017 | Cadillac | Escalade 凯迪拉客 8 | Black | BEST 26 | YES | YES | |
| 61 | 2017 | Cadillac | Escalade 凯迪拉客 9 | Black | BEST 27 | YES | YES | |
| 62 | 2017 | Cadillac | Escalade 凯迪拉客 10 | Black | BEST 28 | | YES | |
| 64 | 2015 | Mercedes | M3Cai170E 奔驰 15 人商务大车 2 | Black | BEST 30 | YES | YES | |

| 65 | 2016 | Kia | Sedona EX 奇亚7人 | Brown | BEST 35 | YES | YES | |
| 66 | 2017 | Kia | Sedona EX 奇亚7人 | Black | BEST 10 | | YES | |
| 67 | 2017 | Kia | Sedona EX 奇亚7人 | Brown | BEST 11 | | YES | |
| 68 | 2016 | Toyota | Sienna 丰田7人 | Black | BEST 36 | YES | YES | |
| 69 | 2016 | Toyota | Sienna 丰田7人 | Black | BEST 39 | | YES | |
| 70 | 2009 | Hummer | H2 旱马 | Black | BEST 22 | | YES | |
| 71 | 2015 | Toyota | Rav4 | White | ADF 738 | YES | YES | |
| 72 | 2016 | Hyundai | Tucson | Silver | AEV 212 | | YES | |
| 73 | 2015 | Nissan | Frontier | White | ACT 700 | YES | YES | |
| 90 | 2008 | Hummer | H2 Pickup 旱马卡车 | Black | BEST 23 | | YES | |
| 91 | 2016 | Cadillac | Escalade 凯迪拉客 4 | Black | BEST 05 | | YES | |
| 94 | 2015 | Ford | F - Transit XI 15 Passenger 2 | Red | BUS 1542 | | YES | |
| 95 | 2015 | Ford | F - Transit XI 15 Passenger 4 | Red | BUS 1534 | | YES | |
| 96 | 2015 | Ford | F - Transit XI 15 Passenger 1 | Red | BUS 1529 / BUS 1714 | | YES | |
| 98 | 2016 | Kia | Sedona EX 奇亚7人 | Brown | BEST 33 | | YES | |
| 99 | 2015 | Lincoln | Mkt 120" 加厂林肯 1 | Black | BEST 07 | | YES | |
| 100 | 2015 | Lincoln | Mkt 120" 加厂林肯 2 | Black | BEST 06 | | YES | |
| 101 | 2016 | Mercedes | M3Cai170E 奔驰 15 人商务大车 5 | Black | BEST 20 | | YES | |
| 103 | 2015 | Mercedes | M3Cai170E 奔驰 15 人商务大车 4 | Black | BEST 32 | YES | YES | |
| 104 | 2016 | Mercedes | M3Cai170E 奔驰 15 人商务大车 6 | Black | BEST 21 | | YES | |
| 120 | | Ford | Transit | White | ACU 860 | | YES | |
| 121 | 2016 | Kia | Sportage | | | | YES | |

| 122 | | Hyundai | | Gray | | | YES | |
|-----|--|---------|--|------|--|--|-----|--|
| 123 | | TOYOTA | Unknown | | | | YES | |
| 124 | | Honda | | | | | YES | |
| 125 | | Unknown | | | | | YES | |

**Appendix B**

**MISSING KEYS LIST**
**(March 6, 2024)**

|  | YEAR | MAKE | MODEL | COLOR | LICENSE PLATE | LOCATION | IPI COMMENT |
|---|---|---|---|---|---|---|---|
| 1 | 2016 | Nissan | Frontier | Silver | ACW 746 | | |
| 2 | 2004 | Toyota | Express Extend (Van) | White | BUS 1236 | MIDDLE ROAD | |
| 3 | 2015 | Ford | Transit | White | BUS 1533 | MGM | |
| 4 | 2015 | Toyota | Tundra | White | AEU 492 | | |
| 5 | 2016 | Sinotruk | Crane Truck | White | HE 3553 | | |
| 6 | 2005 | Thomas | Transit Bus | White | BUS 1591 | MIDDLE ROAD | |
| 7 | 2007 | Freightliner | Ameritrans | White | BUS 1592 | | |
| 8 | 2003 | Thomas | Saf-T-Liner | Blue | BUS 1596 | | |
| 9 | 2016 | Toyota | Boom Truck | White | TEMP 5079 | | |
| 10 | 1997 | Hyundai | Boom Truck (5-Tons) | White | HE 3517 | | |
| 11 | 2013 | Sinotruk | Howo Tractor Trailer A7 | Black | HE 3547 | MIDDLE ROAD | |
| 12 | 2013 | Sinotruk | Howo Tractor Trailer A7 | Black | HE 3548 | MIDDLE ROAD | |
| 13 | 2013 | Sinotruk | Howo Tractor Trailer A7 | Black | HE 3545 | MIDDLE ROAD | |
| 14 | 2013 | Sinotruk | Howo Tractor Trailer A7 | Black | HE 3549 | MIDDLE ROAD | |
| 15 | 2015 | Nissan | Quest Sv 尼桑7人 15 | Red | ACN 994 / ADA 314 | | |
| 16 | 2016 | Hyundai | Tucson 12 | White | AEV 222 | BEACH | |
| 17 | 2015 | Hyundai | Tucson | Silver | AER 781 | | |
| 18 | 2000 | Toyota | Tundra | Silver | ADA 028 | | |
| 19 | 2015 | Honda | Accord | Blue | ACO 104 | IPI | |
| 20 | 2014 | Toyota | FJ Cruiser | Orange | ACN 429 | IPI | |
| 21 | 2015 | Hyundai | Tucson | White | ACX 313 | | |

| 22 | 2015 | Mazda | Mazda 3 | Silver | AEO 661 | BEACH | |
| 23 | 2015 | Hyundai | Accent | White | ACR 731 | MISSING | |
| 24 | 2015 | Mercedes | M3Cai170E 奔驰 15 人商务大车 1 | Black | BEST 31 | | |
| 25 | 2014 | Toyota | Box Truck | White | ACV 034 | | |
| 26 | 2016 | Isuzu | Box Truck | White | HE 3567 | | |
| 27 | 2016 | Nissan | Frontier | Silver | AEV 752 | | |
| 28 | 2016 | Ford | Transit 350 XL | White | BUS 1418 | | |
| 29 | 2015 | Toyota | Tacoma | Red | ACV 326 | | |
| 30 | 2014 | Nissan | 370Z 2 Drcoupe 红车 | Red | ACW 223 | | |
| 31 | 2016 | Chevrolet | F-550 Xl Starcraft 33 Passenger | White | BUS 1414 | | |
| 32 | 2017 | Kia | Sedona | Silver | ACV 900 | BEACH | |
| 33 | 2007 | Toyota | Express Extend (Van) | White | BUS 1225 | | |
| 34 | 2001 | Toyota | Express Extend (Van) | White | BUS 1371 | | |
| 35 | 2002 | Ford | E350 Clubwgn (Van) | White | BUS 1062 | | |
| 36 | 2004 | Toyota | Econoline E350 (Van) | Beige | BUS 1274 | | |
| 37 | 2005 | Chevrolet | Bis | White | BUS 1474 | | |
| 38 | 1996 | Toyota | N/A | White | BUS 1224 | | |
| 39 | 1998 | Toyota | Bus | White | BUS 1436 | | |
| 40 | 1998 | Toyota | Bus | White | BUS 1437 | | |
| 41 | 2015 | Cadillac | Escalade 凯迪拉客 1 | Black | BEST 03 | BEACH | |
| 42 | 2015 | Chevrolet | Express 15 Passenger 15人巴士 11 | White | BUS 1632 | | |
| 43 | 2016 | Kia | Sedona EX 奇亚7人 18 | Brown | ACT 708 | BEACH | |
| 44 | 2015 | Mercedes | M3Cai170E 奔驰 15 人商务大车 3 | Black | BEST 29 | BEACH | |
| 45 | 2014 | Nissan | Quest Sv 尼桑7人 17 | Red | ACK 039 | | |
| 46 | 2014 | Nissan | Quest Sv 尼桑7人 16 | Gray | ACK 029 | IPI | |

9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 47 | 2015 | Nissan | Quest Sv 尼桑7人 14 | Gray | ACR 684 | | |
| 48 | 2003 | Thomas | Saf-T-Liner | Blue | BUS 1597 | MIDDLE ROAD | |
| 49 | 2002 | International | Bus | White | BUS 1373 | | |
| 50 | 1998 | International | Bus | White | BUS 1442 | | |
| 51 | 2013 | Sinotruk | Howo Tractor Trailer A7 | Black | HE 3496 | | |
| 52 | 2013 | Sinotruk | Howo Tractor Trailer A7 | Black | HE 3546 | | |
| 53 | 2013 | Sinotruk | Howo Tractor Trailer A7 | Black | HE 3550 | MIDDLE ROAD | |
| 54 | 2016 | Sinotruk | Crane Truck | Red | HE 3494 | | |
| 55 | 2016 | Sinotruk | Chufend 3 Axie | White | HE 3552 | MIDDLE ROAD | |
| 56 | 2016 | Mitsubishi | Fuso FE 160 | White | ACR 987 | | |
| 57 | 2016 | Ford | F - Transit Xl 15 Passenger | White | BUS 1454 | | |
| 58 | | TOYOTA | TACOMA | White | AET 532 | LAU LAU | |
| 59 | | HUMMER | H2 | Green | ACK 989 | BEACH | |
| | | | | | | | |
| **TOTAL** | **59/125** | | | | | | |

Exhibit H

 Gmail

Aaron Halegua <aaron.halegua@gmail.com>

## Re: Letter regarding IPI's compliance with receivership orders

**MICHAEL CHEN** <michael@michaelchenlaw.com>                    Tue, Mar 19, 2024 at 5:57 PM
To: Aaron Halegua <ah@aaronhalegua.com>
Cc: Howyo Chi <howyodoing@gmail.com>, "Stephen J. Nutting (stephen_nutting@yahoo.com)"
<stephen_nutting@yahoo.com>, bruce berline <bberline@gmail.com>, Colin Thompson <cmtlaw@live.com>, Michael
White <mwhitespn@yahoo.com>, Martin Wright <martin@clearmanagementgroup.com>, Tim Shepherd
<tim@clearmanagementgroup.com>

Hi Aaron,

I will relay the questions to IPI and get back to you as soon as possible. No sure I can get it to you by Thursday,
though.

Michael

---

**From:** Aaron Halegua <ah@aaronhalegua.com>
**Date:** Tuesday, March 19, 2024 at 2:55 PM
**To:** MICHAEL CHEN <michael@michaelchenlaw.com>
**Cc:** Howyo Chi <howyodoing@gmail.com>, Stephen J. Nutting (stephen_nutting@yahoo.com)
<stephen_nutting@yahoo.com>, bruce berline <bberline@gmail.com>, Colin Thompson
<cmtlaw@live.com>, Michael White <mwhitespn@yahoo.com>, Martin Wright
<martin@clearmanagementgroup.com>, Tim Shepherd <tim@clearmanagementgroup.com>
**Subject:** Re: Letter regarding IPI's compliance with receivership orders

Hi Michael --

Thank you for sharing this information. But without a budget, a definition of "full time", or an actual schedule showing
how many guards are working at what time, I don't believe that this adequately describes a plan to "ensure and fund
the security of IPI's Personal Property" as ordered by the Court. There is also no mention of what the guards are doing
while "on duty"-- do they sit at the desk by the door, do they patrol the casino (if so, which parts), are they in the
garage, etc.? There is also no description of what the security situation was prior to the thefts and what has actually
changed since then. In whose expert opinion is it determined that hiring a few more guards will stop future theft? What
is the explanation of how the first thefts occurred?

We cannot afford for there to be additional damage or theft to the property that will be auctioned. Please let me know if
you will be able to provide this information by the COB on Thursday, Saipan time. Thank you.

Aaron

On Tue, Mar 19, 2024 at 5:37 PM MICHAEL CHEN <michael@michaelchenlaw.com> wrote:

Dear Aaron,

Here is the answer for your questions:

1. **How many total security guards are there now?**

    · Currently, we have a total of 11 full-time security staff.

2. **How many are on duty at any given time, and what are their duties/where are they stationed?**

    · At any given moment, we typically have 2 to 3 security officers on duty. Our aim is to maintain a minimum of 3 security officers on duty at all times. We are actively in the process of hiring additional security personnel to achieve this goal.

The duties of the Security Officer are as followed:

    · Responsible for monitoring, patrolling and protecting the security of the company and assets.

    · Provide a safe environment for employees and Guests, minimizing risk for loss and/or damage;

    · Ensure that those who should not be granted access to the property are professionally and politely prevented from gaining access or escorted from the building;

    · Provide support in an emergency or evacuation situation, in a calm and professional manner;

    · Ensure and regularly check that the property's fire exit doors are maintained free of obstructions, reporting any defects or maintenance issues as appropriate;

    · Monitor and respond immediately to alarm system activations to check designated areas of concern;

    · Maintain all security related equipment and working areas to a high standard of cleanliness and safety and ensure all defects are reported;

    · Undertake first aid training and provide first aid services to staff, visitors or patrons as appropriate;

    · Supervising, dispatching and scheduling of security personnel.

    · Provides a positive work environment, encouraging teamwork and cooperation, creating a courteous, respectful and pleasant interaction with each client, employee, and visitor.

    · Performs other duties as directed.

    · They are stationed at various posts as needed.

3. **It is fine to have the "authority" to hire more people, but what is the budget?**

· At present, we do not have a predefined budget for hiring additional staff. However, we anticipate hiring 3 additional full-time security officers, primarily to accompany Clear Management staff while they are on-site. This decision stems from recent incidents, notably the disappearance of 17 Moutais under Clear Management's direct supervision.

IPI is dedicated to safeguarding its remaining assets in the CNMI and reserves the right to pursue legal action against any instances of theft.

Michael

---

**From:** Aaron Halegua <ah@aaronhalegua.com>
**Date:** Tuesday, March 19, 2024 at 2:18 PM
**To:** MICHAEL CHEN <michael@michaelchenlaw.com>
**Cc:** Stephen J. Nutting (stephen_nutting@yahoo.com) <stephen_nutting@yahoo.com>, bruce berline <bberline@gmail.com>, Colin Thompson <cmtlaw@live.com>, Michael White <mwhitespn@yahoo.com>, Martin Wright <martin@clearmanagementgroup.com>, Tim Shepherd <tim@clearmanagementgroup.com>
**Subject:** Re: Letter regarding IPI's compliance with receivership orders

Dear Michael,

Can you please update us on the questions we raised below? Thank you.

Aaron

On Mon, Mar 11, 2024 at 9:07 PM MICHAEL CHEN <michael@michaelchenlaw.com> wrote:

Hi Aaron,

I will contact IPI to get answers for you.

I am not sure I can get all the answers to you by the end of today, but I will try my best.

Michael

---

**From:** Aaron Halegua <ah@aaronhalegua.com>
**Date:** Monday, March 11, 2024 at 6:55 PM

**To:** MICHAEL CHEN <michael@michaelchenlaw.com>
**Cc:** Stephen J. Nutting (stephen_nutting@yahoo.com) <stephen_nutting@yahoo.com>, bruce berline <bberline@gmail.com>, Colin Thompson <cmtlaw@live.com>, Michael White <mwhitespn@yahoo.com>, Martin Wright <martin@clearmanagementgroup.com>, Tim Shepherd <tim@clearmanagementgroup.com>
**Subject:** Re: Letter regarding IPI's compliance with receivership orders

Hi Michael --


Thank you for preparing and filing these. But can you provide an explanation of the actual current security situation? My understanding is that there was already security "24/7", however, the issue is that you would often only have one or two security guards on duty for the entire premises. The theft was not limited to the liquor, but people stealing copper wire and other items.


So how many total security guards are there now? How many are on duty at any given time, and what do they do/where are they stationed? It is fine to have the "authority" to hire more people, but what is the budget? If these questions are not answered, there is really no way to evaluate the adequacy of the plan, and I do not think it meets the requirement of the Court's order. Please send me this information by the close of business today CNMI time.


Aaron



On Tue, Mar 12, 2024 at 9:32 AM MICHAEL CHEN <michael@michaelchenlaw.com> wrote:

> Hi Aaron,
>
> I was driving all day yesterday. I received the declaration from IPI yesterday (Sunday on the West Coast).
>
> The two declarations were filed a few minutes ago, right before 10:00AM local time.
>
> Have a good day.
>
> Michael

---

**From:** Aaron Halegua <ah@aaronhalegua.com>
**Date:** Monday, March 11, 2024 at 12:37 AM
**To:** MICHAEL CHEN Esq. <michael@michaelchenlaw.com>
**Cc:** Stephen J. Nutting (stephen_nutting@yahoo.com) <stephen_nutting@yahoo.com>, bruce berline <bberline@gmail.com>, Colin Thompson <cmtlaw@live.com>, Michael White <mwhitespn@yahoo.com>, Martin Wright <martin@clearmanagementgroup.com>, Tim Shepherd <tim@clearmanagementgroup.com>

**Subject:** Re: Letter regarding IPI's compliance with receivership orders

Hi Michael,

The deadline for a response by Monday (today), 10am Saipan time was decided not just by me, but the other creditors and receiver. Please send your response prior to Tuesday, March 12 at 10am Saipan time. Thank you.

Aaron

On Mon, Mar 11, 2024 at 2:57 PM MICHAEL CHEN Esq. <michael@michaelchenlaw.com> wrote:

> Hi Aaron,
>
> I am collecting responses from IPI. Will get back to you in a few days.
>
> Michael
>
> Sent from my iPhone
>
>> On Mar 9, 2024, at 05:39, Aaron Halegua <ah@aaronhalegua.com> wrote:
>>
>> Thank you, Michael. Please let us know.
>>
>> On Fri, Mar 8, 2024 at 2:52 AM MICHAEL CHEN <michael@michaelchenlaw.com> wrote:
>>
>>> Mr. Halegua,
>>>
>>> Your email is received. I will review it with my client.
>>>
>>> Michael
>>>
>>> _____
>>>
>>> **From:** Aaron Halegua <ah@aaronhalegua.com>
>>> **Date:** Thursday, March 7, 2024 at 4:40 AM
>>> **To:** Stephen J. Nutting (stephen_nutting@yahoo.com) <stephen_nutting@yahoo.com>, MICHAEL CHEN <michael@michaelchenlaw.com>
>>> **Cc:** bruce berline <bberline@gmail.com>, Michael White <mwhitespn@yahoo.com>, Colin Thompson <cmtlaw@live.com>, Tim

Shepherd <tim@clearmanagementgroup.com>, Martin Wright
<martin@clearmanagementgroup.com>

**Subject:** Letter regarding IPI's compliance with receivership orders

Dear Steve and Mike,


Please see the attached letter. We look forward to IPI's response.


Best,

Aaron


--

Aaron Halegua

Aaron Halegua, PLLC

524 Broadway, 11th Floor

New York, NY 10012

T: (646) 854-9061

E: ah@aaronhalegua.com

W: www.aaronhalegua.com



--

Aaron Halegua

Aaron Halegua, PLLC

524 Broadway, 11th Floor

New York, NY 10012

T: (646) 854-9061

E: ah@aaronhalegua.com

W: www.aaronhalegua.com



--

Aaron Halegua

Aaron Halegua, PLLC

524 Broadway, 11th Floor

New York, NY 10012

T: (646) 854-9061

E: ah@aaronhalegua.com

W: www.aaronhalegua.com


--

Aaron Halegua

Aaron Halegua, PLLC

524 Broadway, 11th Floor

New York, NY 10012

T: (646) 854-9061

E: ah@aaronhalegua.com

W: www.aaronhalegua.com


--

Aaron Halegua

Aaron Halegua, PLLC

524 Broadway, 11th Floor

New York, NY 10012

T: (646) 854-9061

E: ah@aaronhalegua.com

W: www.aaronhalegua.com


--

Aaron Halegua

Aaron Halegua, PLLC

524 Broadway, 11th Floor

New York, NY 10012

T: (646) 854-9061

E: ah@aaronhalegua.com

W: www.aaronhalegua.com

Exhibit I

 Gmail

Aaron Halegua <aaron.halegua@gmail.com>

---

## Re: Century Estate

---

**Howyo Chi** <howyodoing@gmail.com>                              Mon, Dec 4, 2023 at 2:30 AM
To: "<mwhite@saipan.com>" <mwhite@saipan.com>, Michael White <mwhitespn@yahoo.com>,
query@saipanauction.com, Tim Shepherd <tim@clearmanagementgroup.com>
Cc: Vincent Seman <vjseman@semanlaw.com>, MICHAEL CHEN <michael@michaelchenlaw.com>, "jji.lojji@aol.com"
<jji.lojji@aol.com>, Stephen Nutting <stephen_nutting@yahoo.com>, IPI Legal <ipicnmi.legal@gmail.com>, bruce berline
<bberline@gmail.com>, "Lily M. Celis" <fitzgerald.law@gmail.com>, Aaron Halegua <ah@aaronhalegua.com>,
"bid@saipanauction.com" <bid@saipanauction.com>

Hafa Adai Mr. White and Clear Management,
May I have an update on this matter please?

Regards,
Chi

---

📄 **Matter of Century Estate Investment Limited-Letter 20231130.pdf**
   182K

**VIA EMAIL ONLY**                                                          **November 30, 2023**

Michael A. White, Esq.
**The Law Offices of Michael A. White, LLC**
P.O. Box 5222
Saipan, MP 96950
P: (670) 234-6547
F: (670) 234-9537
E: mwhitespn@yahoo.com
*Attorney for Receiver Clear Management, Ltd.*

[See Service Mailing List Attached]


**RE: Century Estate Investment Limited**


Dear Mr. White:

Century Estate Investment Limited ("Century Estate") will bid in the upcoming auction of certain Imperial Pacific International (CNMI) ("IPI") liquor assets. As the holder of the senior secured interest in IPI's assets, Century Estate intends to credit bid.

Please acknowledge by close of business on December 4, 2023, the Receiver's willingness to accept such credit bids.

To facilitate the bidding process, I authorize Mr Guoqiang HE in Saipan to act on behalf of Century Estate Investment Limited in this round of auction and other actions when Century Estate Investment Limited's interest is involved.

Thank you for your prompt attention to this matter. Mr HE's email is aheguoqiang@gmail.com and mobile is 6702876676. He will contact you shortly.



Sincerely,


_____ 徐忠祥 _____
Director of Century Estate Investment Limited

**SERVICE MAILING LIST**

Vincent Joseph Seman, Sr
**Seman Law Offices, LLC**
PO Box 10001 PMB 168
JET Building, Chalan Pale Arnold, Gualo Rai
Ste 204
Saipan, MP 96950
P: 670-323-2115
E: vjseman@semanlaw.com

Joseph J. Iacopino, Esq.
**LAW OFFICES OF JOSEPH J. IACOPINO CNMI**
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
P: (310) 260-4460
C: (310) 701-5675
E: JJI.LOJJI@aol.com
*Attorneys for Creditor Kan Pacific Saipan, Ltd.*

**Director Tao Xing**
E: ipicnmi.legal@gmail.com
*Interested Party*

Michael Chen, Esq.
**Michael Chen Law Offices**
7330 Edna Ave
Las Vegas, NV 89117
P: 801-856-0576
E: michael@michaelchenlaw.com

Stephen J. Nutting, Esq.
**Law Office of Stephen J. Nutting**
P.O. Box 5093 CHRB
Saipan, MP 96950
P: (670) 234-6891
E: stephen_nutting@yahoo.com
*Attorneys for Defendant Imperial Pacific International (CNMI), LLC*

Bruce L. Berline, Esq.
**Berline & Associates LLC**
P.O. Box 5682
CHRB, Saipan, MP 96950
P: (670) 233-3663
E: bberline@gmail.com

William M. Fitzgerald, Esq.
**Law Office of William M. Fitzgerald**
1st Floor, Macaranas Building
P.O. Box 500909
Saipan, MP 96950
P: (670) 234-7241/ 7680
E: fitzgerald.law@gmail.com

Aaron Halegua, Esq.
**Aaron Halegua, PLLC**
524 Broadway, 11th Floor
New York, NY 10012
P: 646-854-9061
E: ah@aaronhalegua.com
*Attorneys for Plaintiff Joshua Gray*

Exhibit J

https://www.saipantribune.com/news/local/ipi-yeom-agree-on-49m-settlement-but-palacios-said-to-have-rejected-it/article_c091b0d2-d933-11ee-a15c-c3c5a7dcddb4.html

FEATURED

# IPI, Yeom agree on $49M settlement, but Palacios said to have rejected it

By FERDIE DE LA TORRE
ferdie_delatorre@saipantribune.com
REPORTER
Mar 4, 2024



Imperial Pacific International (CNMI) LLC counsel Michael Chen, who is in Los Angeles, presents IPI's closing arguments during the third day of the Commonwealth Casino Commission hearing on whether or not to revoke IPI's exclusive casino license, held at the Attorney General's Office conference room on Capital Hill last Friday afternoon.

By Ferdie de la torre//Reporter

Imperial Pacific International (CNMI) LLC director/manager Howyo Chi disclosed Friday that IPI and Commonwealth Casino Commission executive director Andrew Yeom have agreed to a proposed $49-million settlement, but Gov. Arnold I. Palacios has rejected the settlement terms.

Also, after IPI and Yeom, through their lawyers, completed their closing arguments during Friday's hearing whether to revoke or not IPI's exclusive casino license, CCC board vice chair Rafael S. Demapan and the board's lawyer, assistant attorney general Carl Dela Cruz, said that IPI's motion to disqualify the commissioners from presiding over the case, along with other motions, are placed under advisement and will be addressed in a written order.

Demapan said they are going to hold a public meeting within 30 days, in which the commissioners are also going to deliberate and members of the public will be allowed to speak.

IPI director/manager Chi testified that IPI and Yeom or the CCC have agreed for IPI to pay $16 million to $17 million just to lift the CCC's suspension of IPI's casino license, and then IPI will pay $31 million on its arrears in the annual regulatory and license fees.

"We have submitted proposals, which was not responded. I guess it was accepted by one party but rejected by another party or not responded by another party," he said at the meeting held at the Office of the Governor's conference room on Capital Hill. The revocation hearing was reconvened at the Office of the Attorney General's conference room in the afternoon.

When IPI counsel Michael Chen asked for clarification what "another party" he was referring to, Chi said that Palacios did not approve the settlement proposal.

Chi said they basically had to renegotiate with Palacios through his counsel, but he (Palacios) has never given them a proposal that is acceptable to IPI.

He said Palacios waited for three weeks in trying to make his decision until he (Palacios) returned and told them he rejected the offer.

Chi said they had an agreement with CCC based on the settlement terms, but Palacios did not did not agree to that.

"And we had to go back to the table. We're trying to figure out what…is acceptable [to] the governor, but the governor did not provide any counteroffer or proposal to us," he said.

Chi said they at first were negotiating strictly with the CCC, without the governor or the governor's counsel being present. Once IPI and Yeom had the framework developed that is agreeable to both CCC and IPI, the CCC was supposed to present it to Palacios.

Chi said they never got an answer from Palacios until the governor came in one day and stated that he would like to see all proposals and make his own decisions because this is a decision that he has to live with.

Chen pointed out that it is his understanding that the CCC is an autonomous agency that can make its own decision.

Chen said the terms of the proposed settlement are fairly comprehensive as it covers the arrears and both future license and regulatory fees and other payments as well, like penalties.

Chi said it is quite frustrating when they keep negotiating and not able to get something in return that's agreeable to the CCC.

Chi agreed with Chen statement that the major obstacle to the process is that IPI is negotiating with more than one party and that IPI does not know what the CNMI necessarily wants.

Chi said if IPI fails to make any payment on the settlement terms, it would be voluntarily giving up the license and will not challenge any administrative proceedings.

Whether or not IPI waives its exclusive gaming license, Chi said they are fine with the splitting of the license.

He said IPI will agree for the Legislature to amend Public Law 18-56 to change the casino license from exclusive to non-exclusive, and the Casino License Agreement as well.

In response to assistant attorney general Keisha Blaise's questions, Chi said he is authorized to accept some settlement terms up to a certain point, bu the will need to consult with the lawyer of IPI's stakeholders past a certain point. Blaise is Yeom's lawyer.

During further discussions, Chi said that IPI agreed to transfer its casino license to the Japan-based investor, Kyosei Bank Group.

He also clarified that IPI is not offering to pay CCC the full $62 million arrears in regulatory and license fees because of force majeure. Instead, IPI is looking for a way to settle this amicably.

Chi said IPI even offered to transfer the license and leave the island peacefully.

"It's not our intention to go through this messy revocation process that could drag on for years to come," he said.

Chi said the CCC is amenable to the offer to leave the island and transfer the license.

"We are just frustrated that the governor appears to have stuck on this messy litigation. We want to settle this as swiftly and peacefully as possible," he said.

Chi said they believe COVID-19 played a major role in IPI's inability to pay the 2020 license and regulatory fees. He said CCC suspended IPI's license in April 2021 and since then IPI has not been in operation.

Chi said they also believe that once their license was suspended, they shouldn't be continuously accruing fees going forward because they were not being able to use their license. "Why do we have to pay this license when we cannot even use this license? That is our main argument," said Chi, adding that IPI's casino closed in March 2020.

Chi said they have offered to pay for April 2021, with what they believe they have to pay, but it was not accepted. For the whole 2021, 2022, 2023, and 2024, Chi said they offered to pay for two years for $31 million and it also wasn't accepted.

"So it's really frustrating that we're putting our best effort to resolve this issue, even though we believe we don't have to pay after 2021," Chi said.

In a good faith effort to try to settle this and move forward, he said, they will be willing to pay $16 million to $17 million just to get their license back, and for the arrears they will be willing to pay at one point—$31 million.

"So that's a good $48 million or $49 million there. That offer was on the table and we could not get any answers [if] that's enough to satisfy [the] CNMI," he said.

Then there was the offer for IPI to walk away. Chi said that IPI would transfer the license to Kyosei Bank Group completely. IPI will be done with the CNMI and will be out of here.

"That was also on the table. Again, that has not been accepted either. So, you know, we were doing our best to try to resolve this," he said.

Even with the revocation, Chi said, they will be willing to pay some money and just give them a little bit more time to negotiate.

As soon as the money comes in, IPI or Kyosei will immediately hire new employees, hire construction workers, and boost the economy, he said.

"I really believe IPI is doing what we can to try to resolve it," he said.

In response to CCC board vice chair Rafael Demapan's request for clarification, Chi said that Kyosei Bank is willing to take over the entire IPI operation so IPI will be out of the picture completely.

Kyosei Bank Group is not a bank but an investment firm, he said.

Chi said Blaise is asking IPI for $62 million in order to reinstate the license.

"We don't agree that we need to pay that amount," Chi said.

Blaise said they want to make clear that this revocation hearing is for the 2020 regulatory fee of $3.1 million.

Blaise said Chi stated that IPI received $20 million from Kyosei Bank, why did IPI not use some of that funding to pay the $3.1 million plus penalty.

Chi replied it's because IPI believes force majeure applies and that since the license is suspended, they were not paying the full $3.15 million.

"This is why we have been telling you—that we will be willing to pay up until the day of suspension and you guys are not accepting. It's not like we will we don't want to make a payment. You don't want to take a payment," Chi told Blaise.

Chi said he was not present at the 2020 enforcement hearing or evidentiary hearing, but he would like to make that claim today that force majeure and the suspension of IPI's license both played a role in why IPI did not make that payment.

In Yeom's closing arguments, Blaise said as the commissioners deliberated on the revocation of IPI casino license for its failure to pay the 2020 casino regulatory fee, it is imperative that they maintain their focus on the central issue at hand—compliance with statutory and regulatory obligations.

"Today, you have heard testimony and evidence that the 2020 casino regulatory fee is required by CNMI statute and casino commission regulations," Blaise said.

She said the commissioners heard that IPI was aware that the casino regulatory fee was a requirement subject to penalties for non-compliance.

Blaise said the commissioners have heard that IPI admitted at the 2021 enforcement hearings that it failed to pay the 2020 regulatory fee, accepted responsibility for its failure to pay the fee, and did not present any defense for its inability to pay.

"You have heard testimony today that the commission relies on the fee to fund its operations, pay its employees, and perform essential functions to regulate IPI, including its duty to ensure that IPI is suitable to be a casino licensee in the Commonwealth," she said.

Blaise said the commissioners also heard that IPI had access to $20 million and up until today has not paid the obligation that could prevent the revocation of its license.

She said the commissioners have also heard testimony from IPI that settlement negotiations have taken place between the parties and an agreement was never reached. Blaise pointed out that settlement negotiations do not absolve IPI of its obligation to pay the regulatory fee.

She noted that the 2020 regulatory fee is not subject to negotiation or discretion as it is a mandatory requirement by the statutory and regulatory framework that governs the operation of a casino licensee on Saipan.

"Attempting to divert attention away from its failure to meet this obligation by citing settlement negotiations is a clear attempt by IPI to confuse the issue at hand," Blaise said.

She said the commissioners have also heard testimony and evidence regarding force majeure as an excuse for IPIs failures.

Blaise said force majeure does not provide indefinite immunity from IPI obligations as the CNMI Supreme Court has already determined, therefore compliance is required today.

In essence, she said, the crux of this matter boils down to one crucial question: Has IPI fulfilled its obligations to the Commonwealth Casino Commission and the gaming industry as a whole?

"If the answer is no, as the evidence overwhelmingly suggests, then it is incumbent upon this honorable commission to revoke IPI's casino license without hesitation," she said. Blaise said the interests of justice, the integrity of the industry and the welfare of the community demand nothing less.

In IPI's closing arguments, Chen said for the $3-million regulatory fee that the CCC is asking for has several constitutional issues.

"And we know that this came in after the agreement was made between Commonwealth and IPI. So at that time, when the contract was signed, IPI was not aware of this $-million annual fee," Chen said.

He said the idea originally was to have the $3 million to be paid out of the general operating budget of the Commonwealth and later somehow was modified to make this come exclusively from IPI. Chen said this caused a number of constitutional issues.

Chen said that, based on Chi's testimony, it showed that IPI has made it best effort to raise money either from its parent company, from certain parties, from investors, and from the public.

"It is obviously against their interest to put themselves in this position," he said.

Chen said force majeure is an affirmative defense that either justifies IPI not paying that all or justifies that IPI is not in default that would trigger revocation. This was compounded by the fact that IPI's license was suspended, he said.

Chen said it's common sense that the regulatory fee is paid by somebody with an active casino operation.

He said the CCC's amount of work was obviously reduced because IPI had been shut down. "I don't deny that there's some work that has to be done by CCC, even IPI was not in business, but we also all would agree that its work has been reduced," Chen said.

He said he would argue that the revocation itself is not the right decision for a lot of reasons.

Chen said revocation of the license is going to hurt IPI for sure and it's going to hurt the community, the gaming industry, or the image of the CNMI.

He said the commissioners have the discretion on the proper remedy.

"Absolute or final revocation, we all know, is basically it's a lose-lose situation for everybody," Chen said.

**Ferdie Dela Torre**

Exhibit K

https://www.saipantribune.com/news/local/dpl-issues-notices-of-default-violations-against-ipi/article_b986efbc-dab6-11ee-8983-b7b6f54d81c8.html

FEATURED

# DPL issues notices of default, violations against IPI

By FERDIE DE LA TORRE
ferdie_delatorre@saipantribune.com
REPORTER

Mar 6, 2024



Imperial Pacific International (CNMI) LLC's Imperial Pacific Resort in Garapan is seen here in this file photo.
FERDIE DE LA TORRE

Public Lands Secretary Teresita A. Santos has issued a notice of default and notice of violations against Imperial Pacific International (CNMI) LLC for breach of lease by failing to submit fire and damage insurance and liability insurance, among others.

In her letter to IPI president Lingli Cai last Wednesday, Santos gave IPI 30 days to cure the violations and stated that failure to cure will place IPI in automatic default of the land lease with DPL.

When asked for IPI's comments yesterday, IPI director/manager Howyo Chi said they scheduled a meeting next week with DPL to address the issues.

If IPI fails to cure the violations, DPL will also be forced to take corrective action pursuant to Article 28 (remedies) of their lease, Santos said.

Pursuant to Article 28, upon termination of IPI's right to use the premises, DPL may, 15 days after the written notice, enter the premises and take possession of all buildings, fixtures, and improvements except IPI's removable personal property, trade fixtures and equipment and evict IPI without liability of trespass.

"It is hoped that this will not be necessary as a last resort in addressing this matter," Santos told Cai in the letter.

She said DPL is giving notice to IPI that it is in default for failing to comply with the terms and conditions of their land lease agreement dated April 29, 2015.

The secretary said Article 19 of the lease provides that IPI "shall procure upon the completion of construction of the initial gaming facility, and maintain in force during the entire lease term or any extension thereof, fire and damage insurance of the premises in a company or companies authorized to do business in the NMI, with extended coverage endorsements jointly in the names of" IPI and DPL, covering the full insurable value of all permanent improvements on the premises, subject to appropriate co-insurance provisions.

To cure the violation of Article 19, Santos said IPI must submit to DPL within 30 days proof of valid fire and damage insurance for the premises with extended coverage endorsements.

Article 20 of the lease also provides that IPI shall procure commercial general liability insurance for the premises and operation. Santos said IPI must submit to DPL within 30 days proof of valid commercial general liability insurance for the premises and operation.

The secretary also found that IPI failed to submit government requirements, failed to use the premises for its stated purpose, failed to provide a copy of the CNMI Gross Revenue Tax monthly return, failed to provide annual reports and audit, mortgaging the property without express prior written DPL approval, and failed to use the premises for the purpose set forth in the lease for 90 days without DPL's consent.

**Ferdie Dela Torre**

Exhibit L

https://www.mvariety.com/news/local/ipi-has-no-president-ceo-cfo/article_9fb94660-dc5b-11ee-bb76-130bba4f21ae.html

# IPI has no president, CEO, CFO

Emmanuel T. Erediano
Mar 8, 2024

IMPERIAL Pacific International Director Howyo Chi said he will have to meet next week with Department of Public Lands Secretary Teresita Santos, Compliance Division Director Greg Deleon Guerrero and Assistant Attorney General Rebecca Wiggins to clarify portions of the notice of default that DPL issued against IPI last month.



MV file photo

Chi said the notice was addressed to Lingli Cai, IPI's former president.

Cai, who signed the land lease deal with DPL, has not been with IPI since 2019.

Moreover, Chi said IPI no longer has a president, chief executive officer or chief financial officer, but DPL can address its notices and letters to him, Chi.

He said IPI has already submitted an updated annual report to the assistant AG, so DPL's notice has to be updated as well.

Chi said IPI worked on a schedule to meet this week with Santos, Deleon Guerrero and Wiggins. However, he said only Wiggins was available. The DPL officials and other staffers involved in the matter were off-island, Chi added. The meeting with DPL and Wiggins may be held next week, he said.



SQUARESPACE

Squarespace tools

According to DPL's notice, IPI has violated its land lease contract by its "failure to use the premises for stated purpose," which is to construct, develop and operate a resort, including a luxury hotel, casino and related activities, with 250 hotel rooms and related amenities.

DPL wants IPI to show in writing, a good faith plan to complete its hotel-casino building in Garapan and use it for the purpose set forth in the land lease contract.

If IPI fails to cure these and other breaches within 30 days, the casino operator shall be automatically in default and its lessee's rights are terminated. DPL will issue a 15-day written notice and enter IPI's premises, take possession of all the buildings, fixtures and improvements except removable personal property, trade fixtures, and equipment. DPL will also evict IPI without liability of trespass.

## Emmanuel Erediano

Reporter

A bachelor of arts in journalism graduate, he started his career as a police beat reporter. Loves to cook. Eats death threats for breakfast.