# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

| | |
|---|---|
| JOSHUA GRAY </br> *Plaintiff* </br> v. </br> IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC </br> *Defendant* | Civil Action No. 1:19-CV-00008 |

**FILED**
Clerk
District Court
JUL 15 2024
for the Northern Mariana Islands
By _____ JP _____
*(Deputy Clerk)*

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is hereby amended to include the Fifth Petition of $255,647.64 and the Fourth Fee Order of $57,355.75 (ECF No. 161), which totals $313,003.39, for a total amended judgment amount of $5,999,185.59.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Ramona V. Manglona on a motion for Attorneys' Fees ECF No. 239). See Decision and Order Granting Fifth Petition for Attorneys' Fees (ECF No. 315).

Date: 07/15/2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*